**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02771-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

JEREMY D. HOWARD,

    Plaintiff,

v.

THE PEOPLE OF THE STATE OF COLORADO,
ADRIENNE GREENE, ADA,
JUDGE BRIAN R. WHITNEY,
REBEKKA HIGGS, PD, and
VICTIM-WITNESS'S, Charged in Their Official Capacities,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

On October 11, 2013, Plaintiff submitted a pleading titled, "Jury Trial Demanded Complaint to Charge for a U.S. Constitutional Civil Rights Act Violation & 1983," and a "Sworn Statement Affidavit to Support Civil Rights Act & 1983 Violation Complaint Demanding a Jury Trial."  As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)    <u>  X  </u>    is not submitted
(2)    <u>    </u>    is missing affidavit
(3)    <u>    </u>    is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)    <u>    </u>    is missing certificate showing current balance in prison account

(5)   __   is missing required financial information
(6)   __   is missing authorization to calculate and disburse filing fee payments
(7)   __   is missing an original signature by the prisoner
(8)   __   is not on proper form
(9)   __   names in caption do not match names in caption of complaint, petition or habeas application
(10)  __   other: Plaintiff may elect to pay the $400 filing fee in full rather than submit the § 1915 motion.

**Complaint, Petition or Application**:
(11)  __   is not submitted
(12)  _X_  is not on proper form
(13)  __   is missing an original signature by the prisoner
(14)  __   is missing page nos. __
(15)  __   uses et al. instead of listing all parties in caption
(16)  __   names in caption do not match names in text
(17)  __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  __   other:

Accordingly, it is

    ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

    FURTHER ORDERED that Plaintiff shall obtain the Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

    FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

    DATED October 11, 2013, at Denver, Colorado.

                                          BY THE COURT:

                                          s/Boyd N. Boland
                                          United States Magistrate Judge